■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. REYNERIO EDUARDO MURADAZ, Admitted in 1993, at a Term of the Appellate Division, Second Department. [762 NYS2d 492] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 247 AD2d 158.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JON MATTHEW GOLDSTEIN, Admitted on February 29, 1988, at a Term of the Appellate Division, First Department. [762 NYS2d 491] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 240 AD2d 106.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JUNE CASTLE, Admitted on March 1, 1982, at a Term of the Appellate Division, First Department. [762 NYS2d 492] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 230 AD2d 366.]